**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 14-cv-01868-WJM-KLM

ALPS PROPERTY & CASUALTY INSURANCE COMPANY, f/k/a ATTORNEYS
LIABILITY PROTECTION SOCIETY, INC.,

      Plaintiff,

v.

ROBERT C. BELL,
BELL & WRIGHT, LTD, d/b/a BELL & WRIGHT, LLC d/b/a BELL & WRIGHT LAW
FIRM,
DENVER LEGAL CARE, LTD., and
MARILYN BALL,

      Defendants.

---

## FINAL JUDGMENT

---

      Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all Orders entered in

during the pendency of this case and the Order Granting Defendant's Motion To

Dismiss, entered by the Honorable William J. Martínez, United States District Judge, on

April 6, 2016, it is

      ORDERED that Defendant Robert C. Bell's Motion to Dismiss (ECF No. 33) is

GRANTED.

      IT IS FURTHER ORDERED that Final Judgment is entered for Defendants and

against the Plaintiff and the action and Complaint are DISMISSED WITHOUT

PREJUDICE.

      IT IS FURTHER ORDERED that the parties shall each bear their own attorneys'

fees and costs.

Dated at Denver, Colorado this 7th day of May, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/Deborah Hansen
Deborah Hansen, Deputy Clerk